LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants
County of Sacramento
Sheriff Scott Jones
Richard Pattison
Jamie Lewis
Aaron Brewer

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ORR,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff SCOTT JONES; Sacramento County Main Jail Commander RICHARD PATTISON; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Corretional Health Services AARON BREWER; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.   2:13-cv-00839 JAM AC<br><br>Action Filed: 04/29/13<br><br>**STIPULATION RE SETTLEMENT CONFERENCE REQUEST** |

Plaintiff is represented by Stewart Katz of the Law Office of Stewart Katz. Defendants are represented by Van Longyear and Peter C. Zilaff of Longyear, O'Dea & Lavra, LLP.

The parties, by and through their counsel, hereby agree to participate in a judicially supervised settlement conference. The parties respectfully request that a conference be set according to the Court's normal procedures.

/ / /

1  IT IS SO STIPULATED:

2  Dated: September 10, 2014               LAW OFFICE OF STEWART KATZ

3                                          /S/: Stewart Katz
                                           STEWART KATZ
4                                          Attorneys for Plaintiff

5

6  Dated: September 10, 2014               LONGYEAR, O'DEA & LAVRA, LLP

7                                          /S/: Van Longyear
                                           VAN LONGYEAR
8                                          Attorneys for Defendants

9

10 IT IS SO ORDERED:

11     A settlement conference is set before Magistrate Judge Carolyn K. Delaney on October

12 28, 2014 at 9:30 AM in Courtroom #24.

13 Dated: September 11, 2014               /s/ John A. Mendez
                                           JUDGE OF THE U.S. DISTRICT COURT
14                                         EASTERN DISTRICT OF CALIFORNIA