LONGYEAR, O'DEA & LAVRA, LLP
VAN LONGYEAR, CSB NO. 84189
PETER C. ZILAFF, CSB NO. 272658
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

Attorneys for Defendants
County of Sacramento
Sheriff Scott Jones
Richard Pattison
Jamie Lewis
Aaron Brewer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN ORR,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff SCOTT JONES; Sacramento County Main Jail Commander RICHARD PATTISON; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Chief of Corretional Health Services AARON BREWER; and DOES 1 through 30, inclusive,<br><br>    Defendants. | Case No.   2:13-cv-00839 JAM AC<br><br>Action Filed: 04/29/13<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties having attended a settlement conference in this case on October 28, 2014, agreed to a settlement, and having received and distributed the settlement proceeds, hereby stipulate and request that the court dismiss this matter in its entirety with prejudice. Each party to bear its respective costs and attorneys' fees.

Dated: December 23, 2014            LONGYEAR, O'DEA & LAVRA, LLP

                                    By:  */S/: Stewart Katz*                        .
                                         STEWART KATZ
                                         Attorney for Plaintiff

1 | Dated: January 13, 2015              LONGYEAR, O'DEA & LAVRA, LLP

2 |                                       By:  /s/ Van Longyear                      .
3 |                                             VAN LONGYEAR
                                               Attorney for Defendants

4 | IT IS SO ORDERED:

5 | Dated: January 13, 2015              /s/ John A. Mendez
                                          JUDGE OF THE U.S. DISTRICT COURT
6 |                                       EASTERN DISTRICT OF CALIFORNIA